RECEIVED
JUL - 3 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JENNIFER GUILLORY** | : | **CIVIL ACTION NO. 18-00469** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **HAZA FOODS OF LOUISIANA, LLC,** d/b/a Wendy's #356 | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Remand [doc.7] be **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Costs and Attorney's Fees be **GRANTED**. Plaintiff is directed to submit a bill of costs and expenses to the court within fourteen (14) days of judgment.

**THUS DONE AND SIGNED** this 3rd day of July, 2018, in Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE